**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julian Manuel Alejandro, | Civ. No. 20-2230 (MJD/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Fikes, or Acting Warden at F.C.I. Sandstone, | |
| Respondent. | |

This matter is before the Court on Petitioner's Letter filed on December 30, 2020. (Doc. No. 10.) Therein, Petitioner requests a 15-day extension of time to file his reply brief in this matter and explains that the additional time is necessary to secure documents from sources outside the prison. Accordingly, **IT IS HEREBY ORDERED** that Petitioner's request for an extension is **GRANTED**. Petitioner's reply brief is now due on or before **January 28, 2021**.

Dated: January 5, 2021                    *s/ Becky R. Thorson*
                                           BECKY R. THORSON
                                           United States Magistrate Judge