UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julien Alejandro,

    Petitioner,

v.

J. Fikes, Warden,

    Respondents.

Case No. 20-cv-2230 (MJD/BRT)

**ORDER**

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated April 19, 2021. [Doc. No. 14] No objections have been filed to the Report and Recommendation in the time allowed.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED**:

1. Petitioner Julian Alejandro's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 4, 2021  s/Michael J. Davis
Michael J. Davis
United States District Court